UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

AAKASH DALAL v. NORTH JERSEY MEDIA GROUP., ET AL 2:13-cv-1257 WJM

---

## PETITION FOR

## WRIT OF HABEAS CORPUS

1. Aakash Dalal is now confined at the Bergen County Jail in Hackensack, NJ 07601

2. Said individual will be produced before the Hon. William J. Martini, United States District Judge, **on Tuesday, March 8, 2016 at 11:30 a.m.** to testify in the above captioned matter. A Writ of Habeas Corpus should be issued for that purpose.

DATED: February 11, 2016

_____
Gail A. Hansen, Deputy Clerk

---

## ORDER

Let the Writ Issue.

DATED: February 11, 2016

_____
HON. WILLIAM J. MARTINI
UNITED STATES DISTRICT JUDGE

---

## WRIT OF HABEAS CORPUS

The United States of America to the Warden of the Bergen County Jail, Hackensack, NJ

WE COMMAND YOU that you have the body of

**AAKASH DALAL**

now confined at the Bergen County Jail, be brought before the United States District Court, the Hon. William J. Martini, U.S. District Judge, in the Martin Luther King Courthouse and Federal Building, 50 Walnut Street, Newark, NJ 07102, on March 8, 2016 at 11:30 a.m.

WITNESS the Honorable William J. Martini
United States District Judge
Newark, New Jersey

DATED: 2/11/16

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____